

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 15TH JUDICIAL DISTRICT COURT OF GRAYSON COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 23rd day of March, 2018, the cause on appeal to revise or reverse the judgment between

IN THE INTEREST OF W.J.J., A CHILD

No. 05-17-01247-CV

On Appeal from the 15th Judicial District Court, Grayson County, Texas
Trial Court Cause No. FA-16-1280.
Opinion delivered by Justice Whitehill.
Justices Francis and Myers participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that each party bear its own costs of this appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 5th day of June, 2018.

_____
LISA MATZ, Clerk